IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN TORRES, | ) NO. 2:12-cv-1358 TLN DAD |
| Petitioner, | ) STIPULATION AND ORDER<br>) TO CONTINUE STATUS CONFERENCE |
| v. | ) |
| TIM VIRGA, WARDEN, et al., | ) |
| Respondents. | ) |

By order filed September 3, 2013, this Court appointed the Federal Defender to represent Petitioner JUAN TORRES and set a status conference in this matter for September 27, 2013, at 10:00 a.m. Both petitioner, JUAN TORRES, by and through his attorney, Assistant Federal Defender Ann C. McClintock, and RESPONDENTS, by and through their attorney, Deputy Attorney General Jennevee H. DeGuzman, hereby stipulate and agree to continue the status conference to October 11, 2013, at 10:00 a.m.

This continuance is needed to allow the parties time to research the affects a new state law, Senate Bill 260, signed by the Governor of California on September 17, 2013, may have on Petitioner's parole eligibility.

/ / /

/ / /

1 | Therefore, the parties request the status conference currently set for Friday September 27, 2013, at 10 a.m., be continued to October 11, 2013, at 10:00 a.m. in Courtroom 27.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: September 23, 2013

*s/ Ann C. M<sup>c</sup>Clintock*
ANN C. M<sup>c</sup>CLINTOCK
Assistant Federal Defender

Attorney for Petitioner
JUAN TORRES

KAMALA D. HARRIS
Attorney General

Dated: September 23, 2013

*s/ Jennevee H. DeGuzman*
JENNEVEE H. DeGUZMAN
Deputy Attorney General
Attorney for Respondents

\* \* \* \* \*

**O R D E R**

For good cause shown, IT IS HEREBY ORDERED that the status conference in this case, currently scheduled for September 27, 2013, shall be continued to October 11, 2013, at 9:00 a.m. in Courtroom 27.

Dated:  September 24, 2013

/torr1358.stip

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE