IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN TORRES,<br><br>      Petitioner,<br><br>v.<br><br>TIM VIRGA, WARDEN, et al.,<br><br>      Respondents. | NO. 2:12-cv-1358 TLN DAD<br><br>STIPULATION AND ORDER<br>TO CONTINUE STATUS CONFERENCE |

      By order filed September 3, 2013, this Court appointed the Federal Defender to represent Petitioner JUAN TORRES and set a status conference in this matter for September 27, 2013, at 10:00 a.m. Both petitioner, JUAN TORRES, by and through his attorney, Assistant Federal Defender Ann C. McClintock, and RESPONDENTS, by and through their attorney, Deputy Attorney General Jennevee H. DeGuzman, hereby stipulate and agree to continue the status conference to October 11, 2013, at 10:00 a.m.

      This continuance is needed to allow the parties time to research the affects a new state law, Senate Bill 260, signed by the Governor of California on September 17, 2013, may have on Petitioner's parole eligibility.

/ / /

/ / /

Therefore, the parties request the status conference currently set for Friday September 27, 2013, at 10 a.m., be continued to October 11, 2013, at 10:00 a.m. in Courtroom 27.

    Respectfully submitted,

    HEATHER E. WILLIAMS
    Federal Defender

Dated: September 23, 2013     /s/ Ann C. M$^c$Clintock
    ANN C. M$^c$CLINTOCK
    Assistant Federal Defender

    Attorney for Petitioner
    JUAN TORRES

    KAMALA D. HARRIS
    Attorney General

Dated: September 23, 2013     /s/ Jennevee H. DeGuzman
    JENNEVEE H. DeGUZMAN
    Deputy Attorney General
    Attorney for Respondents

\* \* \* \* \*

**O R D E R**

For good cause shown, IT IS HEREBY ORDERED that the status conference in this case, currently scheduled for September 27, 2013, shall be continued to October 11, 2013, at 9:00 a.m. in Courtroom 27.

Dated: September 24, 2013

*(signature)*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/torr1358.stip