UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN TORRES,<br><br>    Petitioner,<br><br>    v.<br><br>TIM VIRGA, Warden, et al.,<br><br>    Respondents. | No.  2:12-cv-1358 TLN DAD P<br><br><br>ORDER |

Petitioner is a state prisoner proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  By order dated October 10, 2013, this court established a schedule for the filing of briefs addressing the applicability of the decision in <u>Miller v. Alabama,</u> ___ U.S. ___, ___, 132 S. Ct. 2455, 2469 (2012) to this case, including briefing addressing the issue of whether the <u>Miller</u> decision applies retroactively in this federal habeas action.  On January 17, 2014, petitioner's counsel filed an unopposed request for an extension of that schedule.  Also on January 17, 2014, petitioner's counsel filed an unopposed request for authorization to issue a subpoena duces tecum commanding attorney Douglas A. Goss to produce and permit inspection and copying of his files relating to the defense of petitioner in San Joaquin County Superior Court in case No. SF103743B.  Good cause appearing, both of these requests will be granted.

/////

1

Accordingly, IT IS ORDERED that:

1. Petitioner shall file his supplemental briefing, as outlined above, on or before April 24, 2012;

2. Respondent shall file a responsive brief on or before May 27, 2014;

3. Petitioner shall file any reply brief on or before June 10, 2014; and

4. Petitioner may serve a subpoena duces tecum commanding attorney Douglas A. Goss to produce and permit inspection and copying of his files relating to the defense of petitioner in San Joaquin County Superior Court in case No. SF103743B.

Dated: January 27, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8
Torres1358.ext