UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN TORRES, | No. 2:12-cv-1358 TLN DAD P |
| Petitioner, | |
| v. | ORDER |
| TIM VIRGA, Warden, et al., | |
| Respondents. | |

Petitioner's Motion to Stay came on regularly for hearing on May 16, 2014, at 10:00 a.m. in the chambers of the undersigned. Assistant Federal Defender Ann McClintock appeared for petitioner. Deputy Attorney General Jennevee H. DeGuzman appeared for respondent. Upon review of the motion and the documents in support and opposition, upon hearing the arguments of counsel and for good cause appearing therefore as set forth on the record at the hearing, IT IS HEREBY ORDERED AS FOLLOWS:

1. This action is stayed for sixty days from the date of this order.

2. During the sixty day period of the stay, petitioner's counsel shall keep the court apprised of any legal developments that would justify a lifting of the stay. In addition, if the stay has not been lifted, before the sixty day period of the stay expires, petitioner's counsel shall notify the court and opposing counsel of the then-current status of the petitions pending before the U.S. Supreme Court that were discussed at the hearing.

3.  After the stay is lifted, the parties shall file a proposed schedule for the filing of a traverse and any further briefing addressing the applicability of the decisions in <u>Miller v. Alabama</u>, ___ U.S. ___, 132 S. Ct. 2455 (2012) and <u>Bell v. Uribe</u>, 729 F.3d 1052 (9th Cir. 2013) to this case.

Dated:  May 19, 2014

*Dale A. Drozd* (signature)
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8
Torres1358.oah