1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JUAN TORRES,                               No.  2:12-cv-1358 TLN DAD P

12                  Petitioner,

13        v.                                    ORDER

14   TIM VIRGA, Warden, et al.,

15                  Respondent.

16

17        By order dated May 20, 2014, this action was stayed for sixty days and petitioner was

18   directed to notify the court and opposing counsel of the status of several petitions for certiorari

19   pending before the United States Supreme Court in the event that the stay had not been lifted

20   before the period of the stay had expired.  On July 14, 2014, petitioner filed the required status

21   report.  After a review of the status report and good cause appearing, IT IS HEREBY ORDERED

22   AS FOLLOWS:

23        1.  This action is stayed for an additional sixty days from the date of this order.

24        2.  During the sixty day period of the stay, petitioner's counsel shall keep the court

25   apprised of any legal developments that would justify a lifting of the stay.  In addition, if the stay

26   has not been lifted before the sixty day period of the stay expires, petitioner's counsel shall notify

27   the court and opposing counsel of the then-current status of the petition for certiorari filed in

28   DeMola v. Cavazos, Acting Warden, 13-10288.

1

3.  After the stay is lifted, the parties shall file a proposed schedule for the filing of a traverse and further briefing on the applicability of the decisions in Miller v. Alabama, ___ U.S. ___, 132 S. Ct. 2455 (2012) and Bell v. Uribe, 729 F.3d 1052 (9th Cir. 2013) to this case.

Dated:  August 12, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8
Torres1358.stay

2