1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JUAN TORRES,                              No.  2:12-cv-1358 TLN DAD P

12              Petitioner,

13        v.                                    ORDER SETTING STATUS CONFERENCE

14    TIM VIRGA, Warden, et al.,

15              Respondent.

16

17           Petitioner is a state prisoner proceeding through counsel with a petition for a writ of

18    habeas corpus pursuant to 28 U.S.C. § 2254.  By order dated May 20, 2014, this action was

19    stayed for sixty days and petitioner was directed to notify the court and opposing counsel of the

20    status of several petitions for certiorari pending before the United States Supreme Court in the

21    event that the stay had not been lifted before the period of the stay had expired.  On July 14, 2014,

22    petitioner filed the required status report.  By order dated August 13, 2014, the stay was extended

23    for another sixty days and petitioner's counsel was directed to notify the court and opposing

24    counsel of the current status of the petition for certiorari filed in DeMola v. Cavazos, Acting

25    Warden, 13-10288 prior to the expiration of the stay.  On October 6, 2014, petitioner's counsel

26    filed the required status report, explaining that the state's response to the DeMola petition for

27    certiorari was due on or before October 20, 2014.

28    /////

                                                   1

1    By order dated October 20, 2014, this action was again stayed for an additional sixty days

2    and petitioner's counsel was directed to notify the court and opposing counsel of the current

3    status of the petition for certiorari filed in DeMola v. Cavazos, Acting Warden, 13-10288 prior to

4    the expiration of the stay.  On December 15, 2014, petitioner's counsel filed the required status

5    report, explaining that the DeMola case remains pending in the United States Supreme Court and

6    that on December 12, 2014, the Supreme Court granted certiorari in Toca v. Louisiana, ___ S. Ct.

7    ___, No. 14-6381, 2014 WL 4743531 (Dec. 12, 2014), in order to address, among other issues,

8    the retroactivity of the decision in  Miller v. Alabama, ___ U.S. ___, 132 S. Ct. 2455 (2012).

9    Petitioner's counsel also advised this court that petitioner expects to complete his investigation

10    into his claim of ineffective assistance of counsel by the end of February 2015, intends to "present

11    new sentencing mitigation and risk assessment information that could not be presented at

12    sentencing," and plans to "pursue available habeas relief in the state courts."  (ECF No. 51.)

13    After reviewing the record before the court, including petitioner's December 15, 2014

14    status report, and good cause appearing, the court sets a status conference to discuss scheduling

15    issues including the advisability of continuing the current stay in this matter.  The filing of status

16    reports is not required.  Any party may appear at the status conference telephonically if the party

17    pre-arranges such appearance by contacting Pete Buzo, the courtroom deputy of the undersigned

18    magistrate judge, at (916) 930-4128, no later than 48 hours before the Status Conference; a land

19    line telephone number must be provided.

20    Accordingly, IT IS HEREBY ORDERED that a Status Conference is set in this matter for

21    February 13, 2015, at 10:00 a.m., in Courtroom No. 27, before the undersigned.

22    Dated:  January 13, 2015

23

24    _____
      DALE A. DROZD
25    UNITED STATES MAGISTRATE JUDGE

26    DAD:8
      Torres1358.sc

27

28

2