UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN TORRES, | No. 2:12-CV-1358 TLN DAD P |
| Petitioner, | |
| v. | ORDER |
| TIM VIRGA, Warden, et al., | |
| Respondent. | |

A status conference set by the court came on for hearing on February 13, 2015, at 10:00 a.m. in the chambers of the undersigned. Assistant Federal Defender Ann McClintock appeared for petitioner. Deputy Attorney General Jennevee H. DeGuzman appeared telephonically for respondent. After discussions with counsel and for good cause appearing therefore as set forth on the record at the hearing, IT IS HEREBY ORDERED AS FOLLOWS:

1. This action is stayed for sixty days from the date of this order.

2. During the sixty day period of the stay, petitioner's counsel shall keep the court apprised of any legal developments that would justify a lifting of the stay. In addition, if the stay has not been lifted before the sixty day period of the stay expires, petitioner's counsel shall notify the court and opposing counsel of the then-current status of the petitions pending before the United States Supreme Court that were discussed in petitioner's December 15, 2014 status report, and whether counsel intends to file a motion for stay and abeyance of this action in order to

pursue additional claims in state court.  Respondent's counsel may file a response to petitioner's status report but is not required to do so.

Dated:  February 13, 2015

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8
Torres1358.oah(2)