HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ANN C. M<sup>c</sup>CLINTOCK, CA Bar # 141313
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916.498.5700

Attorney for Petitioner
JUAN TORRES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN TORRES, | No. 2:12-cv-1358-TLN-EFB P (TEMP) |
| Petitioner, | ORDER |
| v. | |
| TIM VIRGA, WARDEN, et al., | |
| Respondents. | |

For good cause shown, the stay order filed October 16, 2015, docket entry number 62 in this matter, is amended as follows: Paragraph 3 on page 2 shall be modified to read: "3. Petitioner shall diligently proceed to exhaust his state court remedies by presenting all of his unexhausted federal habeas claims, as well as the facts in support thereof, to the California courts beginning no later than thirty days from the resolution by the United States Supreme Court of *Montgomery v. Louisiana*, Case No. 14-280;"

The rest of the October 16, 2015, order is unchanged and remains in effect.

DATED: February 10, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE